■ PAUL DE LIMA COMPANY, INC., Respondent, v ARAMATIC REFRESHMENT SERVICES, INC., et al., Defendants, and AMERICAN FOOD & VENDING CORPORATION, Appellant. [934 NYS2d 911]—■

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 13, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.

■ In the Matter of EMMA J. CASWELL, Appellant, v DERRICK D. ORR, SR., Respondent. [934 NYS2d 911]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.